IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   Case No.: 4:18cr52-MW/MAL
     4:21cv175-MW/MAL

PATRICK LEMUEL BASS,

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 134. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 134, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's amended motion to vacate, set aside, or correct sentence, ECF No. 113, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall ensure that the appeal flag has been removed and close the file.

**SO ORDERED** on February 5, 2025.

s/Mark E. Walker
**Chief United States District Judge**